1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY TURNER,

11                Plaintiff,                No. CIV S-08-1846 KJM P

12        vs.

13   FITHIAN TAYLOR, et al.,                <u>ORDER AND</u>

14                Defendants.               <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16        Plaintiff's complaint was dismissed and thirty days leave to file an amended

17   complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an

18   amended complaint or otherwise responded to the court's order.

19        IT IS THEREFORE ORDERED that the Clerk of the Court assign a district judge

20   to this action.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

23        These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

25   one days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3    F.2d 1153 (9th Cir. 1991).

4    DATED:  April 30, 2010.

5

6                                  U.S. MAGISTRATE JUDGE

7

8    2
      turn1846.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26